```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23070
    ANTHONY L LESLIE
    TAMMY M LESLIE                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4430    SSN XXX-XX-8713
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/08/07 and confirmed on 04/10/08.

    2.  The case was dismissed after confirmation, 01/16/2009.

    3.  The Debtor paid a total of $   1578.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STREATOR ONIZED CREDIT U | SECURED VEHIC | 916.86 | .00 | 890.49 |
| STREATOR ONIZED CREDIT U | SECURED VEHIC | 2306.18 | 160.37 | 435.62 |
| COMMUNITY LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1016.38 | .00 | .00 |
| COUNTRYWIDE ANIMAL CLINI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| GRASSERS PLUMBING & HEAT | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LAURENCE A HECKER | UNSECURED | 251.35 | .00 | .00 |
| ROSS GELFRAND | UNSECURED | NOT FILED | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 405.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRO COM SERVICES CORP | UNSECURED | 50.00 | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RMCB COLLECTION ACENCY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE COLLECTION SERVICE | UNSECURED | 75.00 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | 92.60 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 350.71 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | 75.00 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 85.00 | .00 | .00 |
| STREATOR ONIZED CREDIT U | UNSECURED | 599.35 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 585.73 | .00 | .00 |

```
ROUNDUP FUNDING LLC        UNSECURED      1004.39            .00           .00
ROUNDUP FUNDING LLC        UNSECURED      2738.40            .00           .00
MAINSTREET ACQUISITION C   UNSECURED       937.81            .00           .00
FINGERHUT                  UNSECURED       370.84            .00           .00
PROSPER MARKETPLACE INC    FILED LATE         .00            .00           .00
PROSPER MARKETPLACE INC    FILED LATE         .00            .00           .00
       Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3223.04         .00      8637.56          .00      11860.60
PRINCIPAL PAID      1326.11         .00          .00          .00       1326.11
INTEREST PAID        160.37         .00          .00          .00        160.37
TOTAL PAID          1486.48         .00          .00          .00       1486.48
The Debtor's attorney, DEVONA & ASSOC              , was allowed $   2500.00
and was paid $    226.00   direct and $      .00  through the plan.

The Trustee received $      91.52 .

Refunds to the Debtor totaled $        .00 .
```

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE